**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

LAQUESHIA MCKINNEY,

      *Plaintiff*

    v.

EQUIFAX INFORMATION SERVICES, LLC,
et al.,

      *Defendants.*

Case No. 1:26-cv-03753

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S UNOPPOSED
MOTION FOR LEAVE TO APPEAR AS COUNSEL**

Defendant Experian Information Solutions, Inc. ("Experian") respectfully moves this Court to grant Elaine Hermann Blais and John P. Loscheider leave to appear on behalf of Experian in the above-captioned matter. In support of this motion, Experian states as follows:

1. Experian is currently represented by attorney Rachel Aranyi of Jones Day.

2. Pursuant to Local Rule 83.17, a party must first obtain leave of court before an additional attorney may file an appearance on behalf of a party when the newly-appearing attorney is not of the same firm as the attorney that is currently representing that party.

3. Attorneys Elaine Herrmann Blais and John P. Loscheider have been retained as counsel for Experian.

4. If the Court grants this motion, Experian will enter an appearance for Elaine Herrmann Blais and file a motion for leave to appear *pro hac vice* for John P. Loscheider

5. This motion is made in good faith and not for purposes of delay.

6. Counsel for Plaintiff and for Defendant BMG LoansAtWork, Inc. **do not** oppose this request.

1

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion for Leave to Appear as Counsel.

Dated:  June 11, 2026                                    Respectfully submitted,

                                                         */s/ Elaine Herrmann Blais*
                                                         Elaine Herrmann Blais
                                                         GOODWIN PROCTER LLP
                                                         100 Northern Avenue
                                                         Boston, MA 02210
                                                         T: (617) 570-1000
                                                         F: (617) 523-1231
                                                         eblais@goodwinlaw.com

                                                         *Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I caused the foregoing to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

Dated:  June 11, 2026

By: */s/ Elaine Herrmann Blais*
Elaine Herrmann Blais

3