## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Laqueshia McKinney

                           Plaintiff,

v.

                                          Case No.: 1:26–cv–03753
                                          Honorable Edmond E. Chang

Equifax Information Services, LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 12, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: Defendant Experian's unopposed motion for leave to substitute counsel [41] is granted. Elaine H. Blais and John P. Loscheider are given leave to substitute and file their appearances as counsel for Defendant Experian. If John Loscheider is not a member of the Northern District of Illinois General Bar, then he must file a pro hac vice application by 06/22/2026. Attorney Rachel Aranyi is given leave to withdraw as counsel for Defendant Experian. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.