# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LAQUESHIA MCKINNEY, | **Case No.:** 1:26-cv-03753 |
| Plaintiff, | Honorable Edmond E. Chang |
| v. | Honorable M. David Weisman |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and BMG LOANSATWORK, INC., | **AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER** |
| Defendants. | |

Plaintiff LaQueshia McKinney ("Plaintiff") and Defendants Equifax Information Services, LLC ("Equifax"), and BMG LoansAtWork, Inc ("BMG") (hereinafter referred as "the Parties"), pursuant to Federal Rule of Civil Procedure 26(c)(1), move for the entry of an Agreed Protective Order, in the form attached as Exhibit 1, and in support thereof state as follows:

1. The Parties to this lawsuit are presently engaged in discovery, and they intend to produce documents and other information to support their respective positions in this litigation.

2. The Parties anticipate that discovery in this action will require the disclosure of confidential information by the Parties, including through document productions, answers to written discovery, and oral deposition testimony. Consequently, entry of a protective order is necessary to protect such confidential from public disclosure and to ensure that such information will not be used for any purpose other than for the prosecution and defense of this action.

3. Here, the information that will likely be sought in discovery as this case progresses includes information about Defendant's processes for receiving, maintaining, and reporting confidential credit information. Rather than burdening the Court and delaying discovery in this

1

case by objecting to disclosure of such information and requiring a document-by-document review to determine confidentiality, the Parties seek a protective order which permits them to designate certain information as confidential. In the event that any party to this litigation disagrees at any point in these proceedings with any designation made under this Protective Order, the Parties shall first try to resolve such dispute in good faith on an informal basis. If the dispute cannot be resolved, the party objecting to the designation may seek appropriate relief from this Court.

4.      The Parties wish to prevent the use of confidential information outside of this litigation, to establish parameters under which confidential information should be treated, and to otherwise prevent any unnecessary disclosure of such information. The proposed order is based on the Model Confidentiality Order under Local Rule 26.2.

5.      Pursuant to Your Honor's procedures, a copy of the proposed order, along with a corresponding redlined copy against the Court's model order, will also be emailed to the Court's proposed order email address:  Proposed_Order_Weisman@ilnd.uscourts.gov.

For the foregoing reasons, the Parties respectfully request the entry of the Protective Order attached as Exhibit 1.

RESPECTFULLY SUBMITTED on July 7, 2026

| | |
|---|---|
| */s/Landon T. Maxwell* | By: */s/Paige Vacante* |
| Landon T. Maxwell, AZ #038439 | Paige Vacante, Bar No. 1019135 |
| CONSUMER JUSTICE LAW FIRM PLC | pvacante@seyfarth.com |
| 8095 N. 85th Way | SEYFARTH SHAW LLP |
| Scottsdale, AZ 85258 | 233 South Wacker Drive, Suite 8000 |
| T: (480) 626-1975 | Chicago, Illinois 60606-6448 |
| F:  (480) 613-7733 | Telephone: (312) 460-5000 |
| E: lmaxwell@consumerjustice.com | Facsimile: (312) 460-7000 |
| | |
| *Attorneys for Plaintiff* | *Counsel for Defendant* |
| *Laqueshia Mckinney* | *Equifax Information Services LLC* |

2

By: /s/ Megan R. Braden

Megan R. Braden

MORGAN, LEWIS & BOCKIUS LLP

110 North Wacker Drive

Chicago, IL 60606-1511

Phone: (312) 324-1000

Email: megan.braden@morganlewis.com

*Attorney for Defendant*

*BMG LoansAtWork, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Kristine Tanyag*